IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE E. JOHNSON, SR.,

    Petitioner,               No. CIV S-01-0657 FCD JFM P

    vs.

MIKE NOWLES, Warden,

    Respondent.             ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, both parties shall be required to brief the application of <u>Gibson v. Ortiz</u>, 387 F.3d 812 (9th Cir. 2004) to petitioner's claims herein.  No extensions of time will be granted.

    Accordingly, IT IS ORDERED that within twenty days from the date of this order, counsel for both parties shall file a brief as required above.

DATED:  July 27, 2005.

UNITED STATES MAGISTRATE JUDGE

001; john0657.fb